# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

October 8, 2008

| | |
|---|---|
| Kenneth Allebach, Jr., Pro Se<br>Northern State Prison<br>#406128 – SBI #126545B<br>P.O. Box 2300<br>Newark, NJ 07114 | Keith S. Massey, Jr., Esq.<br>Office of the NJ Attorney General<br>Department of Law & Public Safety<br>Division of Law<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625 |

### LETTER ORDER

Re: **Allebach v. Cathell, et al.**
    **Civil Action No. 06-5005 (JAG)**

Dear Counsel and Mr. Allebach:

      A final pretrial conference is scheduled for **Thursday, November 20, 2008 at 2:00 p.m.** Ten (10) days prior to the conference, each side shall submit a proposed pretrial order consisting of a list of all proposed witnesses, list of all proposed documents and a list of legal issues and factual contentions. Following that conference, the Court will set down a trial date immediately following before Judge Greenaway.

      If defense counsel files its summary judgment motion prior to the pretrial conference, it can request that the Court adjourn the conference until motions are decided.

      **SO ORDERED.**

                                    *s/Madeline Cox Arleo*
                                    **MADELINE COX ARLEO**
                                    **United States Magistrate Judge**

cc:    Clerk
        Hon. Joseph A. Greenaway, Jr., U.S.D.J.
        File